# IN THE UNITED STATES DISTRICT COURT OF ILLINOIS
# FOR THE NORTHERN DISTRICT
# EASTERN DIVISION

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | ) ) | |
| An Iowa State Corporation, | ) | |
|     Plaintiff, | ) | No. 08 CV 6089 |
| | ) | |
| vs. | ) | |
| | ) | |
| L. WALLER ENTERPRISES, INC., an Illinois corporation, and RUBY L. WALLER, an Illinois citizen, | ) ) ) | |
|     Defendants. | ) | |

**EMPLOYERS MUTUAL CASUALTY COMPANY'S
AMENDED MOTION FOR ENTRY OF FINAL JUDGMENT
AGAINST DEFENDANT L. WALLER ENTERPRISES, INC.**

Employers Mutual Casualty Company ("EMC" or "Surety"), by and through its attorneys, Grace Winkler Cranley and Jennifer Watt of the law firm of Leo & Weber, P.C., submits this Motion for Entry of Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure against Defendant, L. Waller Enterprises, Inc. ("L. Waller"). In support of this motion, EMC states as follows:

1. On October 23, 2008, EMC commenced this action against the Defendants arising out of an Agreement of Indemnity ("Indemnity Agreement") entered into by L. Waller, the co-defendant and EMC on May 23, 2002 pursuant to which L. Waller agreed to indemnify EMC from any and all liability arising out of claims on bonds issued on behalf of Defendant L. Waller.

2. On January 21, 2009, this Court entered an Order granting EMC's motion for default judgment against L. Waller. (A copy of the Order is attached as Exhibit "A").

1

3. As a result of L. Waller's breach of the Indemnity Agreement and other actions, EMC has incurred losses totaling $1,218,625.80 in loss payments and expenses. (See Affidavit of Linda Hoffmann attached as Exhibit "B").

4. Federal Rule of Civil Procedure 58 provides for entry of judgment against a party under these circumstances.

5. EMC seeks entry of a judgment amount against L. Waller Enterprises, Inc. as a result of the decision by the Court on January 21, 2009 in the amount of $1,218,625.80 as set forth in the Affidavit of Linda Hoffmann. (See Affidavit of Linda Hoffmann attached as Exhibit "B").

WHEREFORE, Plaintiff, Employers Mutual Casualty Company, prays that this Honorable Court enter a final judgment against L. Waller Enterprises, Inc. in the amount of $1,218,625.80 at this time and for any other relief this Court deems appropriate.

**Employers Mutual Casualty Company**

By: /s/ Grace Winkler Cranley
One of its Attorneys

Grace Winkler Cranley, ARDC #: 6215920
Jennifer Watt, ARDC #: 6279888
Leo & Weber, P.C.
One North LaSalle Street
Suite 3600
Chicago, Illinois 60602
312-857-0910

CERTIFICATE OF SERVICE

  I hereby certify that on March 13, 2009, I electronically filed **Employers Mutual Casualty Company's Amended Motion for Entry of Final Judgment Against Defendant L. Waller Enterprises, Inc.**, pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, using the CM/ECF system which will send notice to the following:

  Dirk L. Van Beek
  Dirk Van Beek Attorney at Law
  7220 West 194th Street Suite 104
  Tinley Park , IL 60477

            **Employers Mutual Casualty Company**

             /s/ Grace W. Cranley
              One of its Attorneys

Grace Winkler Cranley, ARDC #: 6215920
Jennifer Watt, ARDC #: 6279888
Leo & Weber, P.C.
One North LaSalle Street, Suite 3600
Chicago, Illinois 60602
312-857-0910/312-857-1240